UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CELGARD, LLC,                                   :
                                                :   08-CIV-5615 (SHS-DF)
                    Plaintiff,                  :
                                                :   ECF CASE
        v.                                      :
                                                :
UBE INDUSTRIES, LTD.,                           :   RULE 7.1 DISCLOSURE
                                                :        STATEMENT
                    Defendant.                  :
------------------------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through its attorneys, Locke Lord Bissell & Liddell LLP, certifies the following information regarding its parent corporations and any publicly held corporations owning 10 percent or more of its stock:

1.    Celgard, LLC is a private company.

2.    Celgard, LLC's sole member is Polypore International, Inc., a publicly traded Delaware corporation.

Dated: New York, New York
       June 20, 2008

                                                                     LOCKE LORD BISSELL & LIDDELL, LLP

                                         By:    _____
                                                      ALLEN C. WASSERMAN (AW-4771)
                                                      Attorneys for Defendants
                                                      885 Third Avenue
                                                      New York, New York 10022
                                                      (212) 947-4700

NYC 69990v.1