**Locke Lord Bissell & Liddell** LLP
Attorneys & Counselors

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08
```

[address and contact information]

Albert Wasserman
[contact information]

**MEMO ENDORSED**

June 25, 2008

**BY HAND DELIVERY**

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Celgard, LLC v. Ube Industries, Ltd.
 Case No. 08-Civ.-5615 (SHS-DF)

Dear Judge Stein:

Enclosed please find a courtesy copy of:

PLAINTIFF CELGARD, LLC'S COMPLAINT, INCLUDING EXHIBIT A ATTACHED THERETO, FILED JUNE 20, 2008.

We respectfully request that this Court enter an order directing that this pleading be filed under seal. A copy of a proposed order is enclosed. This pleading should be filed under seal because it contains a confidential agreement and references thereto.

Very truly yours,

Allen C. Wasserman

Enclosures

---

*Handwritten endorsement:*

6/25/08

The complaint in this action shall be filed under seal along with its exhibits. The parties are to confer and agree as to what redactions are appropriate pursuant to Article 9 of the License Agreement. Plt. shall then publicly file a redacted version of the complaint on or before July 3. If the parties fail to agree, they are to appear in courtroom 23A on July 3 at 11 A.M.

So ordered.
Sidney H. Stein